

To: Abrams Group LLC
7949 Bullitt Drive
Mobile, AL 36619

Attn: Michael Spellmeyer

Ref: Orlando VA Hospital

The Abrams Group LLC Agrees to furnish all Labor, Equipment, Safety, Tools and Insurance to complete the following scope of work in a professional and timely matter.

The Subcontractors Scope of work shall include, But shall not be limited to the following.

1. Off Loading trucks.
2. Loading floors with material needed to perform work.
3. Any layout work or control lines.
4. Drilling and cleaning holes for clip and channel installation.
5. Epoxy and installing anchors.
6. Hanging beams and rods.
7. Installing decking.
8. Any welding required for the flooring system.
9. Misc welding of nelson stud around columns.

Subcontractor agrees that any additions or deletions of the Interstitial steel work shall be added or deleted at the unit price of $2.33 per sq ft. And such additions or deletions shall be at the sole discretion of MBS.

There is to be no direct contact or act of business between any parties associated with this project Without written notice to MBS.

7245 Arden Road * Churchula, Al 36521 * Phone: 800-454-3039 * www.mosleybuildings.com
mitchmosleyjr@bellsouth.net



EXHIBIT A

Accepted by: _____ Title _MANAGER_ Date _11-15-10_
 Officer/Owner

This is not a binding Contract until approved and signed by Mitch Mosley.

Accepted by: _____ Title _VP oper_ Date _11-15-10_
 Mitch Mosley