# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**POSTEL INDUSTRIES, INC.,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:11-cv-1179-Orl-28DAB**

**ABRAMS GROUP CONSTRUCTION, L.L.C.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on a *sua sponte* review of the file. On September 23, 2011, Plaintiff filed a Third Party Complaint against four new parties (Doc. 17). Plaintiff did not receive leave of Court to file this Third Party Complaint as required by Fed. R. Civ. P. 14(a)(1) (Plaintiff served its Answer to Defendant's Counterclaim on August 29, 2011 (Doc. 15)). Accordingly, Plaintiff's Third Party Complaint (Doc. 17) is hereby **STRICKEN**. Any party served with the Third Party Complaint (Doc. 17) is not required to respond

Third Party Defendant Mosley Building Systems, Inc.'s Answer (Doc. 18) to Defendant's Third Party Complaint (Doc. 10), is signed by Mitch Mosley. There is no indication that Mitch Mosley is an attorney, or that he is an attorney admitted to practice in this Court. Further, Plaintiff and Defendant indicate in their Motion to Delay Filing Case Management Report (Doc. 20), that Mitch Mosley is not an attorney. Corporations can appear and be heard only through counsel admitted to practice in this Court. Local Rule 2.03(e). Accordingly, the Answer filed by Mosley Building Systems, Inc. (Doc. 18) is hereby

**STRICKEN**. Third Party Defendant Mosley Building Systems, Inc. shall file its response to the Third Party Complaint through counsel admitted to practice before this Court within twenty-one (21) days from the date of this Order.  Failure to file the response as allowed herein may result in a default being entered against Mosley Building Systems, Inc.

The Joint Motion for Permission to Delay Filing of Case Management Report (Doc. 20) is **GRANTED in part.**  The parties may meet telephonically to conduct the case management conference.  The deadline for filing the Case Management Report is extended to October 31, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party