**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**POSTEL INDUSTRIES, INC.,**

    **Plaintiff,**

-vs-	Case No.  6:11-cv-1179-Orl-28DAB

**ABRAMS GROUP CONSTRUCTION, L.L.C., ROGERS, LOVELOCK & FRITZ, INC., ELLERBE BECKET, INC., and RLF/ELLERBE BECKET JOINT VENTURE,**

    **Defendants.**
_____

# ORDER

This case is before the Court on three of the Defendants' Joint Motion to Stay Action Pending Arbitration (Doc. No. 117) filed November 19, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.	That the Report and Recommendation filed March 29, 2013 (Doc. No. 144) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.	Defendants' Joint Motion to Stay Action Pending Arbitration (Doc. No. 117) is **GRANTED**.

3. This case is stayed pending completion of the arbitration between Plaintiff and Brasfield & Gorrie, LLC. Plaintiff shall file a status report of the pending arbitration within ninety (90) days from the date of this Order and every ninety (90) days thereafter until completion of the arbitration, or upon completion of the arbitration, whichever occurs first.

4. The Clerk of the Court is directed to administratively close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record